**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JESSICA M. BROWN, | Case No.: 2:22-cv-00061-APG-BNW |
| Plaintiff | **Order Denying Motion to Reopen Case** |
| v. | [ECF No. 9] |
| ADG SECURITY, | |
| Defendant | |

On April 29, 2022, I adopted Magistrate Judge Weksler's recommendation that I dismiss this case without prejudice because plaintiff Jessica Brown did not file an amended complaint by the March 15, 2022 deadline. ECF No. 7.  Brown now moves to reopen the case. ECF No. 9. Brown offers no valid reason to reopen the case.  Nor does she include an amended complaint as Judge Weksler ordered.  Thus, I will not reopen this case.  If Ms. Brown wishes to pursue her claims against the defendant, she must file a new complaint in a new case as this case is closed. And she should consider Judge Weksler's rulings in her screening order (ECF No. 3).  I will grant Ms. Brown's request for a copy of her complaint, and I will also have the clerk send her copies of Judge Weksler and my orders.

I THEREFORE ORDER that the motion to reopen case **(ECF No. 9) is denied**.

I FURTHER ORDER the clerk of court to send Ms. Brown a copy of the complaint (ECF No. 4), Magistrate Judge Weksler's screening order (ECF No. 3), and my prior order (ECF No. 7) at the address listed for her in ECF No. 10.

DATED this 7th day of February, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE